HARRY C. HASKINS, appellant,

*v.*

THOMAS F. RYAN, respondent.

[Argued March 9th, 1909.    Decided June 14th, 1909.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *71 N. J. Eq. (1 Buch.) 575.*

*Mr. Robert H. McCarter,* for the appellant.

*Mr. Richard V. Lindabury,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion of Vice-Chancellor Stevens, delivered in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, REED, PARKER, BERGEN, VOORHEES, BOGERT, VROOM, GRAY, DILL—10.

*For reversal*—SWAYZE, MINTURN, VREDENBURGH—3.